468 A.2d 450

**Dennis N. SAKELSON and Gloria Sakelson, his wife**

**v.**

**Ralph ROMEO and Regina Romeo, his wife, Appellants.**

Supreme Court of Pennsylvania.

Oct. 11, 1983.

Robert K. Duffy, Hatboro, for appellants.

Donald A. Semisch, Willow Grove, for appellees.

## ORDER

**PER CURIAM.**

Application for Summary Relief granted. Order of Superior Court vacated and case remanded to Court of Common Pleas of Montgomery County for proceedings consistent with *Brogan, Inc. v. Holmes Electric Protective Co. of Philadelphia,* 501 Pa. 234, 460 A.2d 1093 (1983), with direction that supersedeas bond posted by appellants remain in effect until further order of the trial court.